IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DIAMOND M. ARNOLD,         )
                           )
    Plaintiff,             )
                           )    CIVIL ACTION NO.
    v.                     )      2:23cv434-MHT
                           )          (WO)
ALABAMA DEPARTMENT OF      )
CORRECTIONS, et. al.,      )
                           )
    Defendants.            )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 36) is not adopted.

(2) This lawsuit is dismissed without prejudice for failure to prosecute and follow a court order to notify the court of address changes.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of June, 2024.

                                          /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**